THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JACK BROTHERS, Appellant.— Judgment of the Court of Special Sessions of the City of New York, Borough of Brooklyn [County of Kings], convicting the defendant of the crime of petit larceny (violation of section 1298 of the Penal Law), unanimously affirmed. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Adel and Taylor, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ALEXANDER BURT, JR., Appellant.— Judgment of the County Court of Queens county convicting the defendant of the crime of carrying a dangerous weapon, as a felony, pursuant to section 1897 of the Penal Law, unanimously affirmed. The section of the Penal Law under which the defendant was convicted is constitutional. (*People* v. *Shinsky* [*Gerschinsky*], 256 App. Div. 995; affd., *sub nom. People* v. *Gerschinsky*, 281 N. Y. 581.) Present — Lazansky, P. J., Hagarty, Carswell, Adel and Taylor, JJ. [See 171 Misc. 166. See, also, Penal Law, § 1898-a.]

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOSEPH VALASTRO, Appellant.— Judgment of the Court of Special Sessions of the City of New York, Borough of Brooklyn [County of Kings], convicting the defendant of a violation of section 1293-d, Penal Law (possession of coin or token slugs with intent to defraud), reversed on the law, the information dismissed and the defendant discharged. The evidence fails to establish beyond a reasonable doubt that the crime charged was committed. There was no proof that the devices found on the defendant were capable of operating any coin or token machines. The People made no tests with the devices. Lazansky, P. J., Hagarty, Carswell, Adel and Taylor, JJ., concur.